IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RECEIVED
APR 0 5 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

6:07-CV-0617    LO
JUDGE DOHERTY   SEC P
MAGISTRATE JUDGE HILL

| | |
|---|---|
| RICKY L. GRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:07cv189-MHT |
| | ) (WO) |
| KATHLEEN BABINEAUX BLANCO, | ) |
| Governor, State of | ) |
| Louisiana, in her official | ) |
| and individual capacity, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging, among other things, his transfer and the conditions of his confinement. This lawsuit is now before the court on the recommendations of the United States Magistrate Judge. Also before the court are plaintiff's objections to the recommendations. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendations adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of March, 2007.


                         /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**