RECEIVED
OCT - 3 2007
ROBERT ... CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RICKY L. GRICE | CIVIL ACTION NO. 07-0617 |
| VS. | SECTION P |
| KATHLEEN BLANCO, ET AL. | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** plaintiff's civil rights complaint be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous or for failing to state claims for which relief may be granted pursuant to the provisions of 28 U.S.C. §§1915(e)(2)(B)(I) and (ii) and 1915A(b)(1); and,

**IT IS FURTHER ORDERED THAT** plaintiff's Motion for Injunction [Doc. 26] be **DENIED** and **DISMISSED WITH PREJUDICE**.[1]

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 3 day of October, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that, following the filing of the Magistrate Judge's Report and Recommendation on September 28, 2007, petitioner filed a motion to dismiss his claims without prejudice on the grounds that he is no longer incarcerated at the South Louisiana Correction Center in Basile, Louisiana [Doc. 38]. Given that this Court finds that petitioner's claims are frivolous, the Court concludes that they should be dismissed *with* prejudice, rather than without prejudice. Accordingly, petitioner's Motion to Dismiss Without Prejudice [Doc. 38] is DENIED as MOOT.